RALPH R. KAPLAN, Doing Business under the Firm Name and Style of TREMONT PLUMBERS' SUPPLIES, Appellant, v. BRUCE AVENUE BUILDING CORPORATION and Others, Defendants, and WILLIAM PRINCE, Respondent.— Order denying plaintiff's motion to strike out answer of defendant Prince and for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

JOSEPH MORMON, Respondent, v. THOMAS FARRELL, Appellant.— Order denying defendant's motion to dismiss action for failure to prosecute reversed upon the law and the facts, with ten dollars costs and disbursements, and motion to dismiss action granted, with ten dollars costs. Plaintiff has not satisfactorily explained his neglect to prosecute this action and the discretion of the Special Term was improperly exercised. (McGee v. Levy, 215 App. Div. 720; Regan v. Milliken Bros., 123 id. 72; Lerman v. Muller, 210 id. 860.) Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

WARREN MURDOCK, Appellant, v. THOMAS M. HODGENS and INEZ T. HODGENS, Respondents.— In accordance with defendants' consent, made in open court upon the argument, order vacating judgment upon terms modified so as to require, as a further condition for vacating and setting aside the judgment, that upon the trial of this action defendants shall waive any objection that might otherwise be taken under section 347 of the Civil Practice Act, and as so modified affirmed, with ten dollars costs and disbursements to respondents. Order denying motion for reargument affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

CHARLES F. MURPHY, Appellant, v. LEONHARD MICHEL BREWING COMPANY, Respondent.— Order modified by directing that the defendant, by Emma L. Michel, its vice-president, as well as by John Michel, its secretary and treasurer, appear and have its deposition taken as an adverse party and be examined as to the matters recited in the order, and by directing that the said John Michel produce upon said examination all books and papers of defendant covering the period from September 17, 1924, to March 19, 1929, containing entries of the matters involved in this action, and also copies of all letters mailed to and originals of all letters received from the plaintiff herein by the defendant relating to the retainer of the plaintiff to appear for the defendant and relating to the services rendered by plaintiff for the defendant, in possession of the defendant, pertaining to a certain action brought by the defendant against Warren Price, as Collector of Internal Revenue, and all books and papers of the defendant containing entries relative to the payment of refund of the 1919 income tax of defendant. As so modified the order is affirmed, with ten dollars costs and disbursements to appellant. Examination to proceed on five days' notice at the same place and hour. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur. Settle order on notice.